UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MAHONEY, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　　-against-<br><br>ALBERTSONS COMPANIES. (DELAWARE), INC.<br>Defendant. | Case No. 2:22-cv-01783<br>**<u>NOTICE OF VOLUNTARY<br>DISMISSAL<br>WITH PREJUDICE</u>** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice, without costs or disbursements to any party.

Dated: Philadelphia, Pennsylvania
　　　　June 8, 2022

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　<u>/s/ David S. Glanzberg</u>
　　　　　　　　　　　　　　　　　　　　　　Glanzberg Tobia Law, P.C.
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*